# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3911

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Southern District of Iowa. |
| Santos Fidel Portillo, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: May 7, 2008
Filed: May 27, 2008

_____

Before MURPHY, JOHN R. GIBSON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Santos Fidel Portillo was found guilty by a jury of conspiring to distribute and distributing methamphetamine. After this court twice vacated his sentence and remanded for resentencing, the district court[1] imposed a 188-month prison sentence. On his now third appeal, Portillo argues that the district court erred in denying him the opportunity to object to the obstruction-of-justice enhancement because this court did not specifically resolve the issue in either of its remands.

_____

[1]The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.

We conclude that the district court properly refrained from considering the issue, as it could have been raised in Portillo's first appeal.  <u>See</u> <u>United States v. Thompson</u>, 335 F.3d 782, 784-85 (8th Cir. 2003).  Accordingly, the judgment is affirmed.

_____